1  4
2  STEVEN G. ROSALES
   ATTORNEY AT LAW SBN: 222224
3  LAW OFFICE OF LAWRENCE D. ROHFLING
   12631 E. IMPERIAL HWY SUITE C-115
4  SANTA FE SPRINGS, CALIFORNIA 90670
   TEL: (562) 868-5886
5  FAX: (562) 868-5491

6  Attorneys for Plaintiff MICHAEL WILLIS

7

8

9           **UNITED STATES DISTRICT COURT**

10          **EASTERN DISTRICT OF CALIFORNIA**

11

12 MICHAEL WILLIS,            ) Case No.: 1: 05 CV 01132 SMS
                              )
13          Plaintiff,        ) STIPULATION TO EXTEND
                              ) BRIEFING SCHEDULE; and ORDER
14     vs.                    )
                              )
15 JO ANNE B. BARNHART,       )
                              )
16 Commissioner of Social Security )
                              )
17 Administration,            )
                              )
18          Defendant         )
                              )
19

20

21       TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

22 OF THE DISTRICT COURT:

23       Plaintiff MICHAEL WILLIS ("Plaintiff") and defendant Jo Anne B.

24 Barnhart, Commissioner of Social Security ("Defendant"), through their

25 undersigned counsel of record, hereby stipulate, subject to the approval of the

26 Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 7,

27 2006; and that Defendant shall have an extension of time until September 8, 2006,

28 to file her opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1 | Plaintiff's counsel makes this request because additional time is needed to review the
2 | extensive administrative record and properly address the issues presented.

DATE: July 3, 2006          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY:  */s/ Steven Rosales*_____
     Steven G. Rosales
     Attorney for MICHAEL WILLIS

DATE: July 6, 2006.         McGREGOR W. SCOTT
                            United States Attorney

BY:  */s/ - Kristi Kapetan*  by Steven G. Rosales*
     Kristi Kapetan
     Assistant United States Attorney
     Attorneys for Defendant
     [*By email authorization on July 6, 2006]

-2-

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including August 7, 2006, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to September 8, 2006 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE:    7/18/2006

_____
                    /s/ Sandra M. Snyder
SANDRA M. SNYDER
**United States Magistrate Judge**

PDF created with pdfFactory trial version www.pdffactory.com