```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone:  (559) 497-4036

 5  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL WILLIS, | ) | 1:05-cv-01132 SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for responding to plaintiff's opening brief be extended from September 8, 2006 to October 10, 2006.

///

///

///

///

///

///

///

///

1

1  This is defendant's first request for an extension of time to
2  file a response to plaintiff's opening brief.  Defendant needs the
3  additional time to further review the file and prepare a response in
4  this matter.

                                    Respectfully submitted,

Dated: August 30, 2006              /s/ Steven G. Rosales
                                     (As authorized via facsimile)
                                    STEVEN G. ROSALES
                                    Attorney for Plaintiff


Dated: August 30, 2006              McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated: 8/31/2006                    /s/ Sandra M. Snyder_____
                                    _____
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

2